**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01015-CV

### MONTEREY MUSHROOMS, INC., ET AL, Appellant

### V.

### MAJESTIC REALTY CO, ET AL, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02702**

## ORDER

We **GRANT** appellee McLane Foodservice, Inc.'s February 10, 2014 motion for leave to file sur-reply brief and **ORDER** the brief received by the Court on February 10, 2014 filed as of that date. No further briefing shall be filed unless ordered by the Court.

/s/ ELIZABETH LANG-MIERS
   JUSTICE